FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 25 2019 ★
BROOKLYN OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHNEUR WALLACH and ADAM STARKE, On Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>THE GLAD PRODUCTS COMPANY<br><br>Defendant. | CASE NO: 18-cv-06503-WFK-LB<br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

Plaintiffs Shneur Wallach and Adam Starke by their counsel and pursuant to Federal Civil Rule 41(a)(1)(A)(i), hereby give notice of their dismissal of this action against the Glad Products Company, with prejudice, costs to Plaintiff.

/s/Mark Schlachet
Mark Schlachet
Law Offices of Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

*Attorney for Plaintiff and the Class*

The application is ~~application~~ ✓ granted ~~denied~~
SO ORDERED

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: January 24, 2019
Brooklyn, New York